Kaster, Appellant, *v.* Pennsylvania Fuel
Supply Co.

Argued March 26, 1930. Before Moschzisker, C. J.,
Frazer, Walling, Simpson, Kephart, Sadler and
Schaffer, JJ.

*Geo. W. Whitmer,* with him *A. A. Geary,* for appellant.

*A. Leo Weil,* with him *J. Smith Christy,* of *Weil, Christy & Weil,* for appellee.

Per Curiam, April 14, 1930:

This appeal is from an order refusing judgment for
want of a sufficient affidavit of defense. After reading

the pleadings, and considering argument of counsel, we cannot say it is "clear and free from doubt" that the court below erred in refusing judgment; following the usual course pursued in such cases, we shall not disturb the orders appealed from; nor shall we discuss the applicable rules of law, till an opportunity is had fully to develop the facts at trial: Wilson v. Bryn Mawr Trust Co., 225 Pa. 143. See also Brown v. Unger, 269 Pa. 471; Mancia v. Marquette Nat. Fire Ins. Co., 280 Pa. 174; Wilson v. Garland, 287 Pa. 291; Phila. v. Merchant & Evans Co., 289 Pa. 578; Hulton v. Union Ice & C. S. Co., 291 Pa. 447; Jaffe v. Lipsky Bros., 291 Pa. 470, and Real Estate-Land Title & Tr. Co., Executor, v. Fidelity Mutual L. I. Co., 295 Pa. 90.

The order appealed from is affirmed.